# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

150721

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

SC: 150721
COA: 315591
Macomb CC: 2011-003482-FH

LOIS BUTLER-JACKSON,
        Defendant-Appellee.

_____/

By order of May 27, 2015, the application for leave to appeal the November 6, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Seewald* (Docket No. 150146). On order of the Court, the case having been decided on April 25, 2016, 499 Mich 111 (2016), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



Clerk

p0620